IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMERICAN STATES INSURANCE CO.                               PLAINTIFF

V.                                        Civil Action No. 3:15-CV-138-SA-SAA

DELTA TECHNICAL COLLEGE, LLC,
MIDWEST TECHNICAL INSTITUTE, INC.,
DEMETRIA SHAW, CAROLINE MASON,
RALPH FITZGERALD, and
SHIQUITA BRACEY                                      DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This civil action is before the Court on the announcement of the parties that the settlement agreement reached before Magistrate Judge Virden has now been concluded to the satisfaction of all parties and that this civil action is now due to be dismissed with prejudice.

IT IS THEREFORE, ORDERED AND ADJUDGED that this civil action has been fully and finally resolved and that this civil action shall be and is hereby finally dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED ON THIS, the 6th day of February, 2017.

                                                            /s/ Sharion Aycock
                                                            UNITED STATES DISTRICT JUDGE